IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GORDON DOLAN BRADBERRY, | * | |
| Plaintiff, | * | |
| v. | * | CV 118-164 |
| FRANK POWELL, | * | |
| Defendant/Cross Defendant, | * | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | * | |
| Movant/Cross Claimant. | * | |

**ORDER**

Before the Court are Plaintiff's partial motion for summary judgment as to Defendant Powell's counterclaim (Doc. 16) and the Parties' joint stipulation of dismissal of Defendant Powell's counterclaim with prejudice (Doc. 44). All parties signed the stipulation. Upon due consideration, the Court finds dismissal of the counterclaim appropriate pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c).

**IT IS THEREFORE ORDERED** that Defendant Powell's counterclaim is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and fees. Because Defendant Powell's counterclaim is dismissed in its entirety, the Court need not decide Plaintiff's partial motion for summary judgment. Accordingly, Plaintiff's partial motion for summary judgment (Doc. 16) is **DENIED AS MOOT.**

**ORDER ENTERED** at Augusta, Georgia, this 30th day of August, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA