IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GORDON DOLAN BRADBERRY, | * | |
| Plaintiff, | * | |
| v. | * | CV 118-164 |
| FRANK POWELL, | * | |
| Defendant/Cross Defendant, | * | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | * | |
| Movant/Cross Claimant. | * | |

O R D E R

Before the Court is the Parties' stipulation of dismissal without prejudice. (Doc. 57.) All parties signed the stipulation. Upon due consideration, the Court finds dismissal appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions, if any, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of March, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA